UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANDESIGN ADVERTISING FIRM, INC., <br><br> Plaintiff, <br><br> v. <br><br> TALON US (GRANDESIGN) LLC and TALON OUTDOOR, LTD. <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS AND THIRD-PARTY CLAIMS | Case No. 3:20-cv-00719-LAB-DEB <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR COUNTERDEFENDANT TALON US (GRANDESIGN) LLC TO RESPOND TO COUNTERCLAIM [Dkt. 43]** |

The parties moved jointly for a seven-day extension of Talon US Grandesign's time to respond to Third-Party Defendant and Counterclaimant Aaron Gaeir's Counterclaim. Dkt. 43. They state that Talon US needs additional time to formulate its response in light of the September 17, 2020 arbitration management conference in a related arbitration between those two parties. The Court finds good cause for the requested extension and **GRANTS** the joint motion.

/ / /

/ / /

/ / /

Talon US Grandesign must file its response to Mr. Gaeir's Counterclaim on or before **September 25, 2020.**

**IT IS SO ORDERED.**

Dated: September 23, 2020

_____
**Hon. Larry Alan Burns
Chief United States District Judge**