**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRANDESIGN ADVERTISING FIRM, INC.,<br><br>    Plaintiff,<br>  v.<br><br>TALON US (GRANDESIGN) LLC and TALON OUTDOOR, LTD.,<br><br>    Defendants. | Case No.  3:20-cv-00719-LAB-DEB<br><br>**ORDER REQUIRING FURTHER BRIEFING** |
| TALON US (GRANDESIGN) LLC,<br><br>    Counterclaimant and Third-Party Plaintiff,<br>  v.<br><br>GRANDESIGN ADVERTISING FIRM, INC., and AARON GAEIR,<br><br>    Counterclaim Defendant and Third-Party Defendant. | |

Plaintiff Grandesign Advertising Firm, Inc. brought claims against Defendant Talon Outdoor, Ltd., a United Kingdom entity headquartered in

London, England, and its subsidiary, Defendant Talon US, a Delaware limited liability company with an office in San Diego, California. Talon Outdoor has moved to dismiss the claims against it for lack of personal jurisdiction. (Dkt. 15.) Grandesign contends that Talon Outdoor's control of Talon US, which is undisputedly subject to the Court's personal jurisdiction, warrants the exercise of jurisdiction over Talon Outdoor, too.

The Court **ORDERS** the parties to provide further briefing on whether the Court has specific personal jurisdiction over Talon Outdoor under an agency theory. *See Daimler AG v. Bauman*, 571 U.S. 117, 135 n.13 (2014) ("Agency relationships [between a parent and subsidiary] . . . may be relevant to the existence of *specific* jurisdiction. . . . [A] corporation can purposefully avail itself of a forum by directing its agents or distributors to take action there.") (emphasis in original); *Ranza v. Nike, Inc.*, 793 F.3d 1051, 1069-71 (9th Cir. 2015) (applying *Daimler* to bar agency-based exercise of personal jurisdiction where "specific jurisdiction is not at issue").

Grandesign's brief, no longer than seven pages, must be filed on or before **February 22, 2021**. Talon Outdoor's response brief, also no longer than seven pages, must be filed on or before **March 1, 2021**.

**IT IS SO ORDERED.**

Dated: February 8, 2021

*Larry A. Burns*
Hon. Larry Alan Burns
United States District Judge